IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**REGINA YOUNG**                                                                                              **PLAINTIFF**

V.                              **CASE NO.: 3:12CV00314 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn Colvin, Commissioner of the Social Security Administration, is REVERSED and this case is REMANDED for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 20th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE