# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**REGINA YOUNG**                                                                                        **PLAINTIFF**

V.                              **CASE NO.: 3:12CV00314 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**
                                                                                                        **DEFENDANT**

## ORDER

Plaintiff Regina Young has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #20)  In her motion, Ms. Young requests fees and expenses in the amount of $5,471.60.  The Commissioner does not object to the amount requested.  (#22)

Accordingly, Ms. Young's motion (#20) is GRANTED, and she is awarded $5,471.60 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 28th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE